```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DONNA FISHER, et al.,

                                   Plaintiffs,                    18-CV-07833 (SN)

      -against-                                                   **ORDER**

PINCH FOOD DESIGN, LLC, et al.,

                                   Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiffs bring this action under the Fair Labor Standards Act and the New York Labor Law. ECF No. 1. The parties reached an agreement in principle during a settlement conference before the Court on Wednesday, March 13, 2019. ECF No. 27. Since then, the parties consented to the Court's jurisdiction and submitted a proposed agreement for the Court's approval. ECF Nos. 30, 35. Having reviewed the parties' submission, the Court finds that the parties' settlement agreement is fair and reasonable in accordance with Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). Accordingly, the settlement agreement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                     *(signature)*
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:       May 2, 2019
                  New York, New York